IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERR S. ANDERSON, | ) |
| | ) |
| v. | ) 3:07-0343 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) ) |

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends reversal and remand for immediate award of benefits consistent with the onset of disability as of March 29, 2001.

The Plaintiff objects to one excerpt of the Report in which it is implied that the benefits would end on December 31, 2004. The objection is sustained. Such a termination is contrary to law. The Commissioner has not taken issue with the objection nor has he filed any objection to the Report and Recommendation.

Therefore, the Court adopts the Report and Recommendation with the exception noted, as the findings and conclusion of the Court. The decision of the Commissioner is **REVERSED** and the cause **REMANDED** for an immediate award of benefits.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge